NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TORREY TERRILL ELDRIDGE,           )
DOC# 748605,                       )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-4992
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____    )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.

        Affirmed.



LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.